No. 52942.—Balfour-Guthrie & Co., Ltd., et al. v. United States, protests 959739-G, etc. (Los Angeles).

Opinion by Ekwall, J. For the reasons stated in Austin, Nichols & Co., Inc. v. United States (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained. The protests were overruled in all other respects.